UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-25752-CIV-SINGHAL

FRANK GONZALEZ REGALADO,

Petitioner,

v.

WARDEN, KROME SERVICE PROCESSING CENTER, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.
_______________________________/

**ORDER**

**THIS CAUSE** is before the Court upon Respondents' Motion to Dismiss or Transfer Action (DE [6]). On August 16, 2026, Petitioner was transferred from Krome North Service Processing Center to Central Valley Annex in McFarland, California. (DE [6-1]). McFarland lies in Kern County, California, within the Eastern District of California. 28 U.S.C. § 84. Petitioner filed his Petition for Writ of Habeas Corpus (DE [1]) on August 24, 2026, after he was already transferred to Central Valley Annex.[1] The proper jurisdiction for a petition for writ of habeas corpus is the "district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004). Here, the district of confinement is the Eastern District of California. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall transfer this case to the United States District Court for the Eastern District of California. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions. All pending hearings and deadlines are **CANCELLED**.

[1] The Court notes that Petitioner's filing was postmarked on August 17, 2026. (DE [1] p. 9). Both dates are subsequent to Petitioner's transfer.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of August 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF
and via U.S. Mail to:

Frank Gonzalez Regalado
A# 240749051
Central Valley Annex
254 Taylor Ave.
McFarland, CA 93250